```
           UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF TEXAS
               SAN ANTONIO DIVISION

GREGORY L. LEWIS,              *
                               *
        Plaintiff,             *
                               *
   v.                          *   CIV. NO. SA-07-CA-0872-JWP
                               *
TIME WARNER CABLE, INC.,       *
                               *
        Defendant.             *
```

### JUDGMENT

In accordance with the Order being entered contemporaneously herewith;

It is **ORDERED** that defendant's motion for summary judgment be **GRANTED** and that the above-entitled and numbered cause be, and it hereby is, **DISMISSED WITH PREJUDICE**.  Costs are taxed against plaintiff.

**SIGNED** September 21, 2009.

_____
JOHN W. PRIMOMO
UNITED STATES MAGISTRATE JUDGE